**FILED**

09/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0022

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 20-0022

ERIC VALLEJO,

        Petitioner and Appellant,

   v.

STATE OF MONTANA,
MONTANA DEPARTMENT OF
JUSTICE
MOTOR VEHICLE DIVISION,

        Respondent and Appellee.

ORDER GRANTING EXTENSION
OF TIME FOR APPELLEE TO FILE
REPLY BRIEF

IT IS HEREBY ORDERED that the deadline for the Appellant to file his

reply brief is extended to **September 11, 2020**.

ELECTRONICALLY SIGNED AND DATED BELOW

cc:    Montana Attorney General Tim Fox, Attorney for Appellee
       Douglas Christian Schaller, Missoula City Attorney
       Lowy Law, Attorney for Appellant

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 4 2020